1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   UNITED STATES OF AMERICA,                    )
                                                )
9                              Plaintiff,        )   Case No.   MJ11-25
                                                )
10                    v.                         )
                                                )
11   JIAN LI,                                    )   **DETENTION ORDER**
                                                )
12                             Defendant.        )
    _____)

13   Offense charged:

14        False Statement.

15   Date of Detention Hearing:  January 18, 2011.

16        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which the defendant can meet will reasonably

19   assure the appearance of the defendant as required and the safety of any other person and the

20   community.

21             FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        Defendant was released in 1998 in the Southern District of New York on conditions

23   including $30,000 bail.  He absconded and was at large until his arrest a few weeks ago.  While

DETENTION ORDER - 1

1  he was at large, he lived under another name in Canada.

2      It is therefore ORDERED:

3      (1)      Defendant shall be detained pending trial and committed to the custody of the

4  Attorney General for confinement in a correctional facility separate, to the extent practicable,

5  from persons awaiting or serving sentences, or being held in custody pending appeal;

6      (2)      Defendant shall be afforded reasonable opportunity for private consultation with

7  counsel;

8      (3)      On order of a court of the United States or on request of an attorney for the

9  Government, the person in charge of the correctional facility in which Defendant is confined

10  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

11  connection with a court proceeding; and

12      (4)      The clerk shall direct copies of this order to counsel for the United States, to

13  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

14  Officer.

15      DATED this 18th day of January, 2011.

16

17

18

19  BRIAN A. TSUCHIDA
    United States Magistrate Judge

20

21

22

23

DETENTION ORDER - 2